

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 9, 2024

2023-1682 - Bullshine Distillery LLC v. Sazerac Brands, LLC

# NOTICE OF NON-COMPLIANCE

The documents Confidential Joint Appendix and Non-Confidential Joint Appendix submitted by Bullshine Distillery LLC are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

**Both Versions**

- Extraneous markings and highlighting are not permitted in briefs or appendices beyond what is required by the rules or appeared on filings in the record. Fed. Cir. R. 32(i). See Appx14 and Appx1191 as examples.

- The appendix does not contain the entire certified list, index, or docket sheet from the proceedings below. Fed. Cir. R. 30(a)(1)(A)(i).

**Non-Confidential Version**

- The nonconfidential version must describe the general nature of the confidential material that has been deleted, with applicable page numbers, in the table of contents, or in the introductory paragraph of the document if it does not contain a table of contents. Fed. Cir. R. 25.1(e)(1)(B). Refer to the Practice Notes to Rule 25.1.

*Clerk's note: "Exhibit U" indicates that it is under seal but does not have any sealed materials within. No action required if material is not under seal.*

**Confidential Version**

- Confidential material must be identified by using brackets or highlighting. Fed. Cir. R. 25.1(e)(1)(A). Refer to the Practice Notes to Rule 25.1. See Appx638, Appx669-677.

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: J. Phillips, Deputy Clerk