# United States Court of Appeals for the Federal Circuit

---

**BULLSHINE DISTILLERY LLC,**
*Appellant*

**v.**

**SAZERAC BRANDS, LLC,**
*Cross-Appellant*

---

2023-1682, 2023-1900

---

Appeals from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91227653.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

March 12, 2025
Date

Jarrett B. Perlow
Clerk of Court